320 F.2d 917
 M. A. PRICE et al.
v.
Harry R. MOSS et al.
 No. 7218.
 United States Court of Appeals Tenth Circuit.
 Feb. 27, 1963.
 
 Jim A. Rinehart, El Reno, Okl., and Leon S. Hirsh, James C. Harkin and Paul Johanning, Oklahoma City, Okl., for appellants.
 Norman E. Reynolds, Jr., oklahoma City, Okl., Frank Carter, Enid, Okl., G. D. Spradlin, Delmer L. Stagner, and Sid White, Oklahoma City, Okl., for appellees.
 Before BRATTON, LEWIS and HILL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed February 27, 1963, on motion of appeallees.